FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the County Court at Law No. 1 of Denton County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on October 28, 2014, the cause upon appeal to revise or reverse your judgment between

**In the Matter of L.A.G.R.**

**Case Number:  07-14-00073-CV Trial Court Number:  JV-2012-00919**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated October 28, 2014, it is hereby ordered, adjudged and decreed that the trial court's Order Modifying Disposition Probation Adjudication is reversed and vacated.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on March 24, 2015.

*Vivian Long*
VIVIAN LONG, CLERK

